No. 780, Misc. REED *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 816, Misc. HELSEL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 818, Misc. JOHNSON *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 824, Misc. MERKIE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 921, Misc. GRIFFITH *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 750. DAVID *v.* UNITED STATES, *ante,* p. 967;
No. 785. HARTSHORN *v.* DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY, *ante,* p. 984; and
No. 626, Misc. YATES *v.* UNITED STATES, *ante,* p. 972. Petitions for rehearing denied.

No. 221. COSTELLO *v.* UNITED STATES, 358 U. S. 830; and
No. 224. CANNELLA *v.* UNITED STATES, 358 U. S. 830. Motion for leave to file second petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 613. ST. REGIS TRIBE OF MOHAWK INDIANS *v.* NEW YORK, *ante,* p. 910. Motion for leave to file petition for rehearing denied.